IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HAZEL PEEPLES,                )
                              )
        Plaintiff,             )
                              )
v.                            )   CIVIL ACTION NO. 01-CO-3320-S
                              )
ELASTIC CORPORATION OF AMERICA, )
                              )
        Defendant.             )

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 47) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this matter is due to be dismissed premised upon her failure to comply with orders of this court. An appropriate order will be entered.

**DONE**, this 17th day of June, 2003.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

